UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED AUG - 6 2007
LORETTA G. WHYTE
CLERK

IN THE MATTER OF
PROFESSIONAL LIABILITY CLAIM OF
RAYMOND LIGHTELL
        Plaintiffs,

VERSUS

OUR LADY OF LOURDES REGIONAL MEDICAL CENTER
DR. SIDNEY ST. AMANT
ACADIANA RADIOLOGY GROUP
LAMMICO INSURANCE COMPANY
PATIENTS' COMPENSATION FUND
DR. STEVEN DELATTE

Civil Action No. 07-3957
Sect. , Mag.
PCR NO. 2006-01785

SECT. T MAG. 5

*************************************************************

COMPLAINT TO ENFORCE THE PROVISIONS OF
LSA R.S. 40:1299.47 FOR THE ASSIGNMENT OF A DOCKET NUMBER

I. Introduction

This is an action of RAYMOND LIGHTELL [hereinafter PETITIONER], a resident and domiciliary of the State of Mississippi, who has filed a claim before the LOUISIANA PATIENTS' COMPENSATION FUND which is a MEDICAL REVIEW PANEL proceeding entitled *Raymond Lightell versus Our Lady of Lourdes Regional Medical Center, et al.* bearing proceedings number PCR NO. 2006-01785

II. *Jurisdiction*

1. Jurisdiction of this Court arises under 28 U.S.C. § 1332, Diversity where the damages are expected to exceed $75,000 and the Plaintiff is diverse in citizenship from all defendants; and the supplemental jurisdiction exists for any other state law claims pursuant to 28 U.S.C. § 1367.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

2. Defendants herein are Our Lady of Lourdes Regional Medical Center, Dr. Sidney St. Amant, Dr. Steven Delatte and Acadiana Radiology Group, who are believed to be residents and qualified health care providers licensed under the laws of the State of Louisiana; additionally Acadiana Radiology Group's malpractice insurance carrier is LAMMICO INSURANCE COMPANY and the PATIENTS' COMPENSATION FUND are liable for all damages caused by the other defendant doctors as allowed under the laws of this state and the facts of this case.

3. Plaintiff herein respectfully requests that a suit number be assigned to this matter solely for the lpurposes of conducting discovery and employing the compulsory process of this Court in accordance with law.

WHEREFORE, Plaintiff, Raymond Lightell prays that a suit number be assigned to this matter solely for the purpose of conducting discovery and employing the compulsory process of the Court.

Respectfully submitted,

_____
JOSEPH G. ALBE, LA. BAR # 16782
2331 CANAL ST.
NEW ORLEANS, LA 70119
[504] 821-6095
FAX [504] 821-6096